UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TERESA ROMO and <br> JOSE ROMO CABALLERO )<br>   ) <br> Plaintiff, ) <br>   ) <br> Vs. ) <br>   ) <br> EAST CHICAGO INDIANA, ) <br> JOHN CASTILLO, Individually ) <br> and in his capacity as an EAST CHICAGO ) <br> POLICE OFFICER and CHARLES HICKS, ) <br> Individually and in his capacity as an EAST ) <br> CHICAGO POLICE OFFICER ) <br>   ) <br>   ) <br>   ) <br> Defendants. ) | CASE NO: 2:23-cv-00083 |

## COMPLAINT

Comes now Plaintiffs, Teresa Romo and Jose Romo Caballero, by counsel, the Gladish Law Group, by Mark Schocke and David Gladish and hereby states this cause of action against Defendants East Chicago, Indiana, John Castillo, and Charles Hicks individually and in their official capacities as an East Chicago Police Officers as follows:

### JURISDICITON

1. This case of action for damages based upon violations of the Fourth and Fourteenth Amendments to the United States Constitution pursuant to 42 U.S.C. §1983 as well as related state claims.

2. Jurisdiction is conferred upon this Court by 28 U.S.C. §1331 and 28 U.S.C. §1367.

## PARTIES

3. Plaintiff, Teresa Romo is an adult resident of City of East Chicago, State of Indiana.

4. Plaintiff, Jose Romo Caballero is an adult resident of the City of East Chicago, State of Indiana.

5. Defendants John Castillo and Charles Hicks (hereinafter referred as Castillo and Hicks) were employees of the East Chicago Police Department at all relevant times herein, and were acting under the color of state law at all times relevant to this litigation.

6. Defendant East Chicago, Indiana is a political subdivision of the State of Indiana.

9. Pursuant to I.C. §36-8-3.5-1 *et seq*, Defendant East Chicago, Indiana established the East Chicago Police Department and its members are employees of East Chicago, Indiana under this statute as well as I.C. §5-4-1-1.

10. Defendant, East Chicago, was and is the employer of Defendants Castillo and Hicks and also has liability for the actions of Defendants Castillo and Hicks pursuant to I.C. §5-6-1-3 and I.C. §36-2-16-3.

## GROUNDS FOR RELIEF

11. On or about May 18, 2022, of Defendants Hicks and Castillo were acting in their scope and capacity as deputy police officers for the East Chicago Police Department at all times relevant to this claim.

12. That as part of their duties with the East Chicago Police Defendants Hicks

and Castillo were required to go on calls, investigate complaints, take individuals into custody and transport individuals.

13. That on the date in question Defendants Hicks and Castillo, while acting in their capacity as a East Chicago Police Department police officer, came in contact with the Plaintiffs at their address located on Ivy Street, East Chicago, Indiana during the overnight/early morning hours.

14. That Defendants Hicks and Castillo were investigating a claim of property theft of a cellular telephone and wanted to gain access to Plaintiffs' residence to search the residence.

15. Upon information and belief, the cellular telephone at issue was owned by Defendant Hicks, who used a tracking service such as the "find my iPhone" function found within Apple products to locate what he believed to be his cellular phone in the vicinity of Plaintiffs' home.

16. That upon arrival to the Plaintiffs' property, Defendants Hicks and Castillo proceeded to unlawfully enter the Plaintiffs' residence by kicking down multiple entryways to gain entry to search the residence.

17. Defendants Hicks and Castillo lacked sufficient probable cause to search Plaintiffs' residence, and further lacked any search warrant for the Plaintiffs' residence when they kicked down the doors to gain entry and search the premises.

18. Plaintiffs did not consent to a voluntary search of their residence at any time.

19. During the course of their unlawful entry, Defendants Hicks and Castillo used unreasonable and excessive force on the Plaintiffs and their property resulting in property damage as well as severe and intentional emotional distress.

20. As a direct and approximate result of Hicks and Castillo's actions as outlined above, the Plaintiffs sustained damage to their property as well as suffering severe emotional distress.

21. On the 2nd day of August 2022, the Defendants were served with a Tort Claim Notice by Certified Mail.

22. That Defendants in this case failed to respond to the Tort Claim Notice within 90 days of service of said Notice.

## CAUSES OF ACTION

23. As a result of the above, the Plaintiffs' Fourth and Fourteenth Amendment due process rights were violated by Defendants Hicks and Castillo.

24. That Defendants Hicks and Castillo knew at the time of the deprivation of the Plaintiffs' constitutional rights that the constitution forbids such a willful deprivation of civil rights in the circumstances of this case.

25. That Defendants Hicks and Castillo committed battery, destruction of property, invasion of privacy, trespass, and intentional infliction of emotional distress. East Chicago, Indiana is responsible for said damages resulting from these actions based upon *respondeat superior* and the statutes cited *supra*.

32. That Defendants are liable pursuant to 42 U.S.C. §1983 for the excessive force and violation of Plaintiffs' Constitutional rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Teresa Romo and Jose Romo Caballero demand the following relief against the Defendants East Chicago, Indiana, John Castillo, and Charles Hicks:

a. Compensatory damages for the Plaintiffs' injuries sustained pursuant to state cause of action ;

b. Compensatory damages for deprivation of their civil rights;

c. Award Punitive damages against Defendants John Castillo and Charles Hicks.

d. Reasonable attorney fees, together with costs and expenses of litigation pursuant to 42 U.S.C. §1988;

e. Just compensation for injuries and damages sustained by the Plaintiffs including damages for the intention of infliction of emotional distress; and

f. All other just and proper relief in the premises pursuant to Federal Rule of Civil Procedure 54(c).

## JURY DEMAND

Plaintiffs demand trial by jury.

| | |
|---|---|
| /s/Mark J. Schocke | /s/ David Gladish |
| MARK J. SCHOCKE, #29746-45 | DAVID S. GLADISH, #18653-45 |
| Gladish Law Group | Gladish Law Group |
| 3235 45th Street | 3235 45th Street |
| Highland, IN 46322 | Highland, IN 46322 |
| (219) 838-1900 | (219) 838-1900 |